Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT

for the

Central District of California

Los Angeles Division



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 3 2022

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Manetirony Clervrain;Ronaldo Jean;Mischael Smith;Emmanuel Benjoassaint;Wesner Compere;Joanna Jean;Kharie Michelle Gustave;Fabrice Thomas;["Brandako Inc"];Bertrand Michel;Mateo Trey Michel;Mariette Cineus;Ronald Jean;Djoffren Pierre;Irene Pierre;Maina Franscesca Pierre;Mirline Cineus;Ludmire Fatima Gaetan;Samuel Edma Paul Cineus;Lufthania Emmanuella;Pierre Louis Marie Carmele;Myrlande vaudreuil;Yarde-livender françois;Christ-Jealens François;Plaisimond Marie-ange;Michel Mithza;Hypolite Daniel;Hypolite Bechedade;St Fleur Walking;Asse Auguste Wilkens;Baptiste St Fleur Laura;Lafleur Lamercia;

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Jessica Millan Patterson;Peter Kuo;Randy Berholtz;Gregory Gandrud;Francis Barraza;Howard Hakes;Matt Heath;Jonathan Madison;Corrin Rankin;Robert Rego;Lindsey Stetson;Laurie Wallace;Hon. Jim Brulte;Harmeet Dhillon;Shawn Steel;Mario Guerra;Lani Kane;Hon. Ted Gaines;Hon. Scott Wilk;Hon. Marie Waldron;Hon. Doug LaMalfa;Thomas McKernan;Ashlee Titus;Brian Zubert;Antonio Zapulla;Brian Peccarelli;David Thomson;Steve Hasker;Kirk E. Arnold;David W. Binet;Ed Clark,C.M.;Michael E. Daniels;Kirk Koenigsbauer;Deanna Oppenheimer;Vance K. Opperman;Simon Paris;Kim M. River;Barry Salzberg;Peter J. Thomson;Wulf von Schimmelmann;Steve Hasker;Stewart Beaumont ;Michael Eastwood;Thomas Kim;Shawn Malhotra;Brian Peccarelli;Kirsty Roth;Mary Alice Vuicic;David Wong;Elizabeth Beastrom;Paul Fischer;Michael Friedenberg;Alessandra Galloni;Sunil Pandita;Steve Rubley;Paul Klose;Sharon Ryan;Steve Nakutin;Josh Gross;Kim Alexander;Tom Ross;Janette Allinger;Chris Haire;Jim Glaim;Kelly Newman;Sharon Ryan;Jon Fleischman;Michael P. Clancey;

Case No. 2:22-cv-00031-GW(MAR)

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☒ Yes  ☐ No

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

## (Non–Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Manetirony Clervrain |
| Address | 4326 S Sctterfield Rd Suite 153 |
| | Anderson                        IN              46013 |
| | *City*              *State*        *Zip Code* |
| County | |
| Telephone Number | 765-278-9806 |
| E-Mail Address | monticlervrain@gmail.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | | | |
|---|---|---|---|
| Name | Jessica Millan Patterson | | |
| Job or Title *(if known)* | Chairwoman of the California Republican Party | | |
| Address | 1001 K St., 4th Floor | | |
| | Sacramento | CA | 95814 |
| | *City* | *State* | *Zip Code* |
| County | | | |
| Telephone Number | | | |
| E-Mail Address *(if known)* | | | |

☒ Individual capacity    ☒ Official capacity

Defendant No. 2

| | | | |
|---|---|---|---|
| Name | Peter Kuo | | |
| Job or Title *(if known)* | Vice Chairman of the California Republican Party | | |
| Address | 3390 De La Cruz Blvd | | |
| | Santa Clara | CA | 95054 |
| | *City* | *State* | *Zip Code* |
| County | | | |
| Telephone Number | | | |
| E-Mail Address *(if known)* | | | |

☒ Individual capacity    ☒ Official capacity

Defendant No. 3

| | | | |
|---|---|---|---|
| Name | Sharon Ryan | | |
| Job or Title *(if known)* | President and Publisher East Bay Times | | |
| Address | 2121 N. California Blvd.Suite 290 | | |
| | Walnut Creek | CA | 94596 |
| | *City* | *State* | *Zip Code* |
| County | | | |
| Telephone Number | 925-935-2525 | | |
| E-Mail Address *(if known)* | | | |

☒ Individual capacity    ☒ Official capacity

Defendant No. 4

| | | | |
|---|---|---|---|
| Name | Michael P. Clancey | | |
| Job or Title *(if known)* | Dean Northwestern California University School of Law | | |
| Address | 2151 River Plaza Drive, Suite 306 | | |
| | Sacramento | CA | 93833 |
| | *City* | *State* | *Zip Code* |
| County | | | |

|  |  |
|---|---|
| Telephone Number | 916-920-9470 |
| E-Mail Address *(if known)* | |

☒ Individual capacity     ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Thus, it is true that the defendants extensive conspiracy involved the violationfo the Banking industry, or additional claims for ["'Class of One"] or Exclusion can be proving within this ["Motion for Enforcing Power or Development, or Development Guidance Against Facilly Act by Invoking the Ant(s) Nationality Act"] ("TANA"), or they are additional claims for the defendants jusitfy controlling theory, indeed the motion is pending to file to the various courts against the giant involved exclusion to due process, or for them to justify why" the plaintiff can not open ["Credit cards"], or Bank Account after being convicted.......additionally, to prove National Origin Discrimination is another issues to be proving by circumstantial of the evidence  within the the same meaning for controveries claim..then we asking the courts if Chevron doctrine must be clarified Under the Chevron doctrine , a federal court embarks on a two-part test in determining whether to defer to an agency's construction of a statute. First, the court must consider whether Congress has "directly spoken to the precise question at issue, or for which the defendant must show good cause exception, We believe these facts are sufficiently outrageous to satisfy the first element of a cause of action against the officials, or defendants accross the Nation for failure to act when the situations are so required, for the same reason they are liable for additional damages for 1) [ The allegation for ratification Theory has met that is because the  plaintiff has filed evidence int he mail cases [21-CV-00326"], and the defendants are liable for intervening cause that is part of the conspiracy claims upon reliefs can be granted, including additional damages, 2) The only question presented here is whether we should overrule those decisions, discarding the deference they give to agencies. We answer that question by means of  ["Auer deference"] retains an important role in construing agency regulations. But even as we uphold it, we are asking for  reinforce  the limits. Auer deference is sometimes appropriate only int his circumstances presenting, or . whether to apply it depends on a range of considerations that we have noted now and again, but compile and further develop today. The deference doctrine we describe is potent in its place, but cabined in its scope. On remand, the Court of Appeals should decide whether it applies to the agency interpretation at issue against injustice, 3)  under a theory of respondeat superior the defendants, and their  employees are violations of § 1981, or constructive notice for intervening cause action, so as to relieve the original wrongdoer of liability, provided the intervening act could have reasonably been foreseen and the conduct [of the original wrongdoer] was a substantial factor in bringing about the harm, which the Attorney is presenting to protect his family against futher dangerous theroy, including to remove those activist in country such Haiti, among the other or any coutry where he as invoked that is not the United States of America, if the the Supreme Court held that Congress did not intend in the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 1346, to permit pendent-party jurisdiction.The FTCA provides that "the district courts . . . shall have exclusive jurisdiction of civil actions on claims against the United States" for certain torts of federal employees acting within the scope of their employment. 28 U.S.C. § 1346(b). Petitioner seeks to append her claims against the city and the utility to her FTCA action against the United States, even though this would require the District Court to extend its authority to additional parties for whom an independent jurisdictional base — such as diversity of citizenship, 28 U.S.C. § 1332(a) (1) — is not lacking, that is because ["17-CV-03194"], or among the other to be filed in differents courts, or for the courts to certify the cases under Article III, whether a federal court in a diversity action may exercise supplemental jurisdiction over additional plaintiffs whose claims do satisfy the minimum amount-in-controversy requirement, or If § 1367(a) were the sum total of the relevant statutory language, our holding would rest on that language alone. The statute, of course, instructs us to examine § 1367(b) to determine if any of its exceptions apply, so we proceed to that section. While § 1367(b) qualifies the broad rule of § 1367(a), it does not withdraw supplemental jurisdiction over the claims of the additional parties at issue here. The specific exceptions to § 1367(a) contained in § 1367(b), moreover, provide additional support for our conclusion that § 1367(a) confers supplemental jurisdiction over these claims. Section 1367(b), which applies only to diversity cases, with-holds supplemental jurisdiction over the claims of plaintiffs proposed to be joined as indispensable parties under Federal Rule of Civil Procedure 19, or who seek to intervene pursuant to Rule 24. Nothing in the text of § 1367(b), however, withholds supplemental jurisdiction over the claims of plaintiffs permissively joined under Rule 20 ["like the additional plaintiffs "] or certified as class-action members pursuant to Rule 23 (like the additional plaintiffs to be filed by the intervenors,. natural, indeed the necessary, inference is that § 1367 confers supplemental jurisdiction over claims by Rule 20.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Under this case ["21-MC-00108"], for which the plaintiff filed this ["Motion for Opposition , or eviction Notices, or Illegally by conviction for the Market Issues Manipulating Act ("MIMA), these motions is filed to question both ["Well Fargo"], and ["Chase"] among the others pending to file, or question  to justification their actions by additional claims as part fo the Settement Process, at ["Dkt, 8] against unreasonable Classification by the Giants, that also inlude this courts ["5D21-2146"] ,upon the courts state courts failed to consider the various important factors, that is including Amending Notice of Appeals, which was filed  ["2021-CC-008307-O"], or failed to release the administrative records to the appeals procedure, then we asking if the courts are also liable for additional claimsit now instructs that "a grant of jurisdiction over claims involving particular parties does itself confer jurisdiction over additional claims by or against different parties.. This rule, the Court asserts, is necessary to provide Congress "a background of clear interpretative rules" and to avoid sowing confusion.. But as a method of statutory interpretation, the Court's approach is neither clear nor faithful to our judicial obligation to discern congressional intent. While with respect to the joinder of additional defendants on pendent state claims, the Court's mandate is now clear, its approach offers little guidance with respect to the many other claims that a court must address in the course of deciding a constitutional case. Because the Court provides no reason why the joinder of pendent defendants over whom there is no other basis of federal jurisdiction should differ from the joinder of pendent claims and other pendent parties, I fear that its approach will confuse more than it clarifies. How much more clear to assume — especially when the courts have long so held — that with respect to all of these situations Congress intended the Federal Rules to govern unless Congress has indicated otherwise.

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

Under ("NIRTA") is a matter for additional claim including, to consolidated cases where jurisdiction are available. or see ["Motion for Settlement Agreement(s) against Secretive Criminals by invoking the National Regulatory Treaties Act ("NIRTA"), indeed , matter for mitigating financial burdern or for the courts to grant ("IFP") without addditional restriction against the activits, thus, ti is true that any allegation for Moot Status, Without or with prejudice required investigation by the United States Attorney Office or Department of Justice will justice allegation against the agencies nationwide claims ["20-CV-10046"], or matter to question federal circuit court to evlauate several motions seeking the various reliefs upon reliefs can be granted ["Dkt, 3; 6; 1-17"], or for the defendants to show causes acrcoss the country ["21-02131"], including to proceed in format pauperis against the various criminals , or also for termination of Permanent resident Illegal Removal or deportation,a nd the vacatur of their convictions, as well as for a new case by enforcing criminal law, see [21-01865, at Dkt, 5"] or matter for conspiracy by reopening all of the cases where controversy is applicable, or on June November 5, 2020, which imposed the court imposed restriction or evidence against the officials for failure to waive or failure to grant ("IFF") as a mtter of laws, then noted that the case was claosed without justification, while the plaintiff is inquiring for public debate against both the democrats and republican parties ["21-CV-00326"], or where the plaintiff has filed the evidence, then the defendants actions are questionable for additional jurisdiction ["28 U.S.C 1295; 28 U.S.C 1346; 28 U.S C 1631"], then we asking for additional jurisdiction for appeal procedures, when a appeals its filed any any courts of the United States, not to exclude  ["21-02258"; 21-11150" ] to dermine jurisdiction is applicable for the interest of justice by transfer the cases in exceptional situation to allow out of time appeals to proceed, then we asking for majority opnion to ligate against the various judidical officials under ("NIRTA"), or matter for settlement Agreements, which the courts will not denied the constituional violations, where each couts should be their own cost, Manetirony Clervrain v. Quincy L Booth Docket 2:20-cv-10046, California Central District Court (Oct. 29, 2020), see Also ["Dkt, 15"], or matter for applying  Rule 42. Consolidation; Separate Trials, as well as for the courts to considering, of if, wether the question for decision in these case is one of procedure: is the criminal contempt of nonviolently and respectfully refusing to testify at a criminal trial punishable summarily by the trial judge pursuant to Fed. Rule Crim. Proc. 42(a), or must the trial judge prosecute the contempt on notice pursuant to Rule 42(b), allowing a reasonable time for the preparation of the defense? A trial judge in the District Court under ("NIRTA"), at page 16-23, must compel the administrative records, or matter for evalauting serious crimes by the defendants actions, or  punished respondents under subdivision (a) of Rule 42 if they refusing to testify at a trial, at page 32-40, for Assistant United States Attorneys ("AUSAs") to initiate criminal investigation against the various officials accross the country ["12-CV-CR-20193"], for which the court in Florida failed to file the various motions under the above cases, or similarly claims against the defendant for illegal proceccutions, against african people,which the defendants could not denied the claim by applying the concept of ("MOCMA") will justified ("TAJA") discriminatory intent, in light of the circumstances the defendants are liable under the applicable laws, see , Clervrain et al v. United States Of America et al Docket ["21-cv-62266"], Florida Southern District Court (Nov. 1, 2021) at ["Dkt,10"] for failure to review administrative records upon reliefs can be granted including damages that must realease for administrative cost within 30 days, as the plaintiff , Mr Clervrain, who is representing the various individual, or  more than 31 individual in thse cases to be admitted in the United States for additional reliefs, and excetional circumstances  is presenting to question dismissal complain without prejudice, by  ["The"Ant Library Act"] ("TALA"), or the invention upon the court failure to consider this case for controversy  28 U.S. Code § 1332 - Diversity of citizenship; amount in controversy; costs, or to benefits those about to admintted to United States as matter for constituional claims, we will refer to [Mr.Clervrain"] as the Attorney in record to ligate in behalf of the class without signature if the other plaintif has giving him the right of General Power of Attorney to conducts business, or to include all expert testimony which most concern by the courts, and for scientific basic, if any for such analysis must be granted, which the plaintiff has inform the courts that the evidence under ("TANA") is required for additional reliefs, or if whether the public funding will lead to better education is matter of facts, Moreover, Parental Role is another question against mass incarceration and deportation even without the culture shocking by the defendants negligence misconduct, we meet that the education system require improment, they are for litigating rights.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)

## III.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

The event occured after release from Prison, which the activist alleged thatthe defendants discriminated against him, their failure to ratify the laws is the proximate cause of the injuries infacts or attempt to closed his bank account by Chase is presention for justification without justification, pending to prove with evidence as part fo the controversies against control theoy, see ["Motion for ["The Answer Act"] ("TAA") or Additiona Defendants Act ("ADA") by the treaties Movement Protective Act] (TMPA), Thus the question is whether the courts must serve the ["Democrat Pary"] and ["Republic Party"] to inform the public their misconducts, as evidence to prove the claims or significant loss of polical Freedom, and values by both the United States of America and the other country listed on the controveries, particularlay the ["Republic of Haiti"], then he is asking for international extradition against the various politicians, by invoking the Uniform Criminal Extradition Act ("UCEA"), The extradition statute implements a provision of the United States Constitution, the failure by the defendants to invade Haiti by technicality will justify their actions, or for additional damaged pending to apply right democracy by promoting economic growth, then we asking each of the courts why?,,or why?  $ 500 Billion  Dollars should not be granted, and why? "  the courts should not certify the cases within 30 days to remove his ["pauperis Status"] so that he can hired additional inviduals with different set of skills to help int he process of development of the ["World Educative Science Association"] ("WEDSA") a subdivision of ["Brandako, Inc"]  which, like their modern counterparts, granted inventors "the right to exclude others from making, using, offering for sale, selling, or importing the patented invention ," in exchange for full disclosure of an invention that must be managed by ["Prolifico, Inc"], or It has long been understood that a patent must describe the exact scope of an invention and its manufacture to "secure to [the patentee] all to which he is entitled, [and] to apprise the public of what is still open to them by the Brandbid, Inc or [The Ant Act (TAA), or for additional 350 Billion Dollars for initiating the development of Education in Haiti, among the other listed under ("TALA"), those brands will help in the process of educative funding across the world, or the evidence for conspiracy claims can be proving by circumstantial of the evidence against each of the defendants for conspiracy theory, or by the same analysis,  the elements of conspiracy before considering conferral of jurisdiction under a civil conspiracy theory is being question by the ["Activist"], or ["The Attorney"] to question public opinion concerns by way of Development [" The New Commonwealth of Haiti,"], therefore the plaintiff is asking if we must freeze asset of those involved in the conspiracies, particulaty those criminals involved in crimes against Humanity in the republic of Haiti, and  United States Agencies to release another 100 Millions dollors against each fo the Millionsin Haiti, regarless where they have thei funds, from the records, or evidence the funds will lead to Haitians Democracy after certain yeard of Occupation by the United States of America by applying legal, democracy rights, Here, ["Mr. Clervrain"] can be proving by both direct and cicumstantial of evidence pending for majority opinion accross the world, which the courts failed to provide any evidence the plaintiff complaint is rambling on multiple Ground, also matters for multiplicity of victims against the various agencies accross the world for their negligence, as such being the case any allegation by the courts must response within the entire records, include domestic and international factors, or very complex litgation to question if  "Chase," "JPMorgan," "JPMorgan Chase," the JPMorgan Chase logo and the Octagon Symbol are trademarks of JPMorgan Chase Bank, N.A.  JPMorgan Chase Bank, N.A. is a wholly-owned subsidiary of JPMorgan Chase & Co. or if ["Mr, Clervrain"] is victimized by the defedants, or we recognized in the regulatory context a similar class-of-one theory of equal protection by invoking ("NIRTA") or additional claims for Settment agreements, that  the proposed laws is  proscribes "discrimination arising not only from a legislative act but also from the conduct of an administrative official, also including the banking officials, it is true that where a mere more carefully drafted complaint might states additional claims for consolidated rights, without amending the complaint  is matter for interest of justice, ["18-CV- 3041"] these matters are before the courts by the activist to protect public interest within the plain meaning of laws, ["Dkt, 48 ;33 ; 53; 17; 55; 26; 56; 27 pages"] , this court continouly abused its discretion by failure to consider the claims against the defendants discriminatory intent, or matter to question is first amendment rights byt he same courts ["17-CV-03194"], or evidence for first amendment rights concerning  ("FOIA") Practices, as well as for his Nationality concerns within this courts to litigate rights ["18-CV-03039"] by the Federal circuit courts against injustice ["21-2134"], which the court should have had jusrisdiction on the by this motion for

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

B.    What date and approximate time did the events giving rise to your claim(s) occur?

Under ("MOCMA") and ("DIFTA") they are matters for debatable concerns by the Polititians, or that that the plaintiff is presenting the the claims ["21-CV-02266] or ["Dkt 10, at page, 2, that is for further analysis by congressional intent,  Similarly, if the majority is genuinely committed to deciphering congressional intent, its unwillingness to even consider evidence as to the context in which Congress legislated is perplexing. Congress does not legislate in a vacuum. As the respondents and the Government suggest, and as we have held several times, the objective manifestations of congressional intent to create a private right of action must be measured in light of the enacting Congress' expectations as to how the judiciary might evaluate the question by  federal circuit court [21-2131] that is because jurisdiction is applicable within this court by the same motions claims by the kansas court for evaluate theclaim ["Dkt,80, 95 pages"] , and 81; 68 pages, accordingly the motions filed by the plaintiff should not be dismisses without proper justification, that to include for ["18-CV-03039, at 47, and ["18-03041"]

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

The Jurisdictional rules should be clear. Whatever the virtues of the the Ant standard ['Motion for Enforcing Power; or Developing Guidance against Facially Attack by Inkoking The Ant(s) Nationalilities Act"] ("TANA"), as explained before, or like the trial court, must draw all reasonable inferences supported by the evidence in favor of the non-moving party. We must then decide whether any genuine issues of material fact exist, and whether the district court correctly applied the relevant substantive law, although a plaintiff may rely on circumstantial evidence to show pretext, such evidence must be both specific and substantial, then we are asking for the court to compel the agencies action inlcuding why the defendants should release the administrative records concerning their practices of exclusion against the activist, which  he has established a prima facie case of discrimination, even given the low threshold of evidence required to do so, we need not resolve this question definitively.

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Here, the representative, or ["Mr.Clervrain"] or the victim of the criminal enterprises submitted the various motions, including ("IFP") form for himself, pending to file additional for those will admitted to United States ["21-2131"], at ["Dkt, 3"], that is for opposition, or eviction notices or illegality by conviction (s) ["Dkt, 6"] Dockets Statements benefits ["Dkt,13"] as well for extention to file brief (s), or to litigate Judicial withdrwn standard ["Dkt, 14"] Thus, the regulation clearly contemplates that ("USCIS's") must make appropriate decision will be based on an examination of the facts of the particular cases for controversies to protect the various Haitian, and the various activist, , for example, broader policy considerations or administrative convenience. Further, the requirement that must ("USCIS") consider humanitarian reasons " also does allow the agencies  to make appropriate decisions, to be included, with  the plaintiff invention as part of  the controversies or ground for them to admitted in the United states, a decision based on procedural reasons , such as the timing is within the applicable law, congress has mandated, under I-602 as a waiver. Although the term " humanitarian reasons, or assure family Unity in the Public Interest ["Dkt, 15"] , also to inform the public that the ("INA") is unconstituional by enforcing discriminatory , if whether the claim against ["Alien Status"] is undisputable facts, and ["Pauperis Status"], if that is what the plaintiff is askign the courts to inform the defendants they must act within 30 days ["Dkt, 17"] so that he coul have his managment team for the first stage fo the procedures, that is because the plaintiff is question the law by the same concept of ("MOCMA") or to prove that the defedants relevant conducts by applying words and terms to committed serious crimes against humanity, ["Dkt, 21"] we held that the question of congressional power under the Commerce Clause "is necessarily one of degree." To the same effect is for concurring opinion against the judicial system withne the motions filed ["Dkt,22"], then are asking for disposition concerns, and  "to control the disposition of the causes on its docket with economy of time and effort for itself, for counsels, and for litigants acrross the Nations to intervene ["Dkt, 23"] we must concluded that the court has absolute jurisdiction and suplemental Judidiction to serve the defendants acrross to show good cause, among other things for violated by the ["RICO Act"], or the restriction imposed against his first amendment is evidence for predicated Act, as here, for their official acts" In sum, we conclude the district court had original jurisdiction over the ("RICO")  claim stated in  of the complaint and pendent jurisdiction over the state law claims statedin all claims alleged  These claims were properly brerough under section 1441(a). The district court has supplemental jurisdiction over the claims arising under the Securities Exchange Act of 1934 because of the exclusive nature of jurisdiction over the 1934 Act and the application, in this case, of the derivative jurisdiction is not bar. The Federal Court of claim must enforce its power,, in concluding it had jurisdiction over the claims arising under the Securities Act of 1933. These claims were not removable either under section 1441(a), because of the express statutory prohibition on removal from state court, or under section 1441(c), because the RICO claim was not separate and independent from the claim predicated on the 1933 Act. Accordingly, the district court lacked jurisdiction over the 1933 Act claim in the first instance and should have remanded this portion of the action to state court. 28 U.S.C. § 1447(c) (1982).

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

At this point the plaintiff is asking for immediate reliefs to be release certfication of trust to be appropriate to any bank accross the country, and that must be granted for hiring process within 30 days , as well for his operations of the invention or also know as ["Prolifico, Inc"] or subdivision of Brandako, Inc , as well as he is asking for $60 billions for the alleged injuris in facts , $35 billions Dollors for the development of the ["brandako, Inc"] , and $100 Millions dollars against each individuals involved in the conspiracy, that is because they are also liable for ["intervening cause"], ["ratification theory"], ["respondead superior"] or failure to ratify the alleged punitive laws...... among the others to be developed by laws.... and for the courts to docket the defendants information properly upon electronically file the motion so call ("TANA") and ("TALA"), then we asking the court for National reliefs against judicial officials restrictions, or another $ 6 billion for exemplary damages or additional liabily against them for failure to allow ["Non-Attorney Access"] to electronic filling, this Notice (s) to the court for docketing statements to litigate by invoking uder ("MOCMA") at, page 94-99 stattes additional defendants as well as under ("TALA"), at page 42-50, it is matter for[" invention right"], or ]"Protection Rights"] and ["Trademark rights"] by both domestic and international defendants to protect the plaintiff names, idealogistic concern against criminal enterprises within this ["Notice to the courts for Dockets Statements to litigate by National Electronic Filling Reform Act (NEFRA") or for Initiating legal process to protect public interest by the ["National Infomative Public Grievouous Association ("NIPGA"); ["National Educative Bar Association Science "] ["NEDBAS"] and the Word Educative Science Association ("WEDSA) to be developed wordewide by invoking public opinions , or right for publication at the defendants expenses, that must include all other damages upon other investigation while in the presedures of the claims and his ("FOIA") must be granted additional damages, among the others to litigate controversies, or any other reliefs to court might find just and proper....particullarly for consolidated related cases within the same jurisdiction, and for the plaintiff families, friends, and other activist to be admitted to the united States within 30 days after the courts recived the compplaint against the defendants, or within existing jurisdiction if any existed... ["20-CV-01306"],we note that the Class Action Fairness Act ("CAFA") does not moot the significance of our interpretation of § 1367, as many proposed exercises of supplemental jurisdiction, even in the class-action context, might not fall within the CAFA's ambit. The ["CAFA"] , then, has it impact, one way or the other, on our interpretation of § 1367. Indeed, it broadly authorizes the district courts to exercise supplemental jurisdiction over additional claims, including claims involving the joinder of additional parties. In diversity cases, the district courts may exercise supplemental jurisdiction, except when doing so would be in-consistent with the jurisdictional requirements of the diversity statute which must be granted as matter of laws or facts to question the defendants criminal enterprises across the country against ["Deportable Aliens,"] or amother the or claims to be filed, or pending ["Motion for International Extradition by questioning (The Ant(s) Criminal Massive Issues by Genocide Reform Act ("MIGRA"), The applicability of this norm to private individuals is also confirmed by the Genocide Convention Implementation Act of 1987, 18 U.S.C. §(s) 1091 (1988), which criminalizes acts of genocide without regard to whether the offender is acting under color of law, see id. Section(s) 1091(a) ("[w]hoever" commits genocide shall be punished), Under the ["Alien Tort Act"]. ("ATA"), also law to be ratify, by The Ant(s) Act ("TAA"), Nothing in the Genocide Convention Implementation Act or its legislative history reveals an intent by Congress to repeal the Alien Tort Act insofar as it applies to genocide, or to remove secretive crimes within the ("INA") that is a matter of facts that is undisputable by both direct and circumstantial evidence to be conolidate these cases, where the plaintiff alleged similar discrimination by the the defendants across the country Fed.R.Civ.P. 42(a), and the cases applying , which circumscribe a district court's authority to consolidate civil actions for trial, or they were part of the same civil action as claims that satisfied diversity jurisdiction.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:           11/22/2021

Signature of Plaintiff           S/Manetirony Clervrain
Printed Name of Plaintiff           Manetirony Clervrain

### B.    For Attorneys

Date of signing:           S/Manetirony

| | |
|---|---|
| Signature of Attorney | S/Manetirony Clervrain |
| Printed Name of Attorney | Manetirony Clervrain |
| Bar Number | not Applicable for those with eividence of competency |
| Name of Law Firm | Brandako, Inc |
| Address | 4326 S Sctterfield Rd Suite 153 |
| | Anderson                    IN           46013 |
| | *City*                  *State*      *Zip Code* |
| Telephone Number | 7652789806 |
| E-mail Address | monticlervrain@gmail.com |

# [**"RONALDO JEAN "**]

## _General Power Of Attorney For Immediate Family Members, Or Friends_

# Exhibit ["XLIII ("B")(27)"]

_Thus, the proceedings in the district court necessarily began from the premise that the plaintiff had presented sufficient evidence to avoid summary judgment on the ["**nationality issue**"], and for ["Challenging agencies action his movement "]Leslie v. AG of the United States, 678 F.3d 265, 270 (3d Cir. 2012)._

# ["GENERAL POWER OF ATTORNEY FOR IMMEDIATE FAMILY MEMBERS, OR FRIENDS]

I, _Jean Ronaldo_ ("Declarant"), residing    at    _Kenscoff  72 #29_

hereby    appoint    ["***Manetirony    Clervrain***"]    ("Agent")    for    litigating    my    rights

_In The United_ , as my attorney-in-fact ("Agent") to exercise the powers and
_States Of America_

discretion's described below.

If the Agent is unable or unwilling to serve for any reason, I appoint ["***Brandako, Inc***"]

("Alternate Agent"), for the above individual to litigate on my behalf if the cases are very complex

or if required, as my alternate or successor Agent, as the case may be to serve with the same powers

and discretions, or may in all respects act as if he had been originally appointed a trustee by the

instrument, if any, creating the trust; and Sec. 8 provides that the preceding seven sections shall

apply to trusts heretofore as well as those hereafter created, and shall be considered in addition to

the ordinary equity powers of a court of chancery. _Smith_ v. _Hall_, _supra_, p. 173; see, also, 28 R.I.

521; 29 R.I. 220.) .I hereby revoke any and all general powers of attorney and special powers of

attorney that previously have been signed by me.    However, the preceding sentence shall not have

the effect of revoking any powers of attorney that are directly related to my health care that

previously have been signed by me. Indeed, federal courts have continued to entertain such

challenges since the passage of the Boren Amendment. All the Circuits that have explicitly

addressed the issue have concluded that the amendment is enforceable under § 1983 by health

care providers. See _AMISUB (PSL), Inc. v. Colorado Dept. of Social Services_, 879 F.2d 789, 793

(CA10 1989); _West Virginia University Hospitals, Inc. v. Casey_, 885 F.2d 11, 17-22 (CA3 1989),

cert. granted, 494 U.S. 1003 (1990); _Coos Bay Care Center_, 803 F.2d, at 1061-1063;

_Nebraska Health Care Assn., Inc. v. Dunning_, 778 F.2d 1291, 1295-1297 (CA8 1985), cert. denied,

479 U.S. 1063 (1987). Other courts have entertained such claims without separately considering

whether the providers had a cause of action under § 1983. See _Hoodkroft Convalescent Center, Inc._

_v. New Hampshire Division of Human Services_, 879 F.2d 968, 972-975 (CA1 1989), cert. denied,

493 U.S. 1020 (1990); _Colorado Health Care Assn. v. Colorado Dept. of Social Services_, 842 F.2d

1158, 1165 (CA10 1988); _Hillhaven Corp. v. Wisconsin Dept. of Health and Social Services,_ 733

F.2d 1224, 1225-1226 (CA7 1984); Alabama Hospital Assn. v. Beasley, 702 F.2d 955, 955-962

(CA11 1983); Mississippi Hospital Assn., Inc. v. Heckler, 701 F.2d 511, 517-520 (CA5 1983);

Charleston    Memorial    Hospital    v.    Conrad,    693    F.2d    324,    326    (CA4    1982);

_Washington Health Facilities Assn. v. Washington Dept. of Social and Health Services_, 698 F.2d

964, 965 (CA9 1982). My Agent shall have full power and authority to act on my behalf.    This

power and authority shall authorize my Agent to manage and conduct all of my affairs and to

exercise all of my legal rights and powers, including all rights and powers that I may acquire in the

future.    My Agent's powers shall include, but not be limited to, the power directly households with

parents and children has roots equally venerable and equally deserving of constitutional recognition.

_Moore v. East Cleveland_, 431 U.S. 494 (1977). For the purpose of this subsection, a dependent

person is one who has more than fifty percent of his total support furnished for him by the nominal

3

head of the household and the spouse of the nominal head of the household. "(e) A family may

consist of one individual. *Cleveland Board of Education* v. *LaFleur*, 414 U.S. 632, 639-640 (1974).

1.  Open, maintain or close bank accounts (including, but not limited to, checking accounts,

savings accounts, and certificates of deposit), brokerage accounts, retirement plan accounts, and

other similar accounts with financial institutions to file reports for cash transactions over an amount

prescribed by regulation; § 5314, which requires reports for transactions with foreign financial

agencies; and § 5316, which requires reports for transportation of more than $10,000 into or out of

the United States. In 1986, Congress added § 5324 to the subchapter to deter rampant evasion by

customers of financial institutions' duty to report large cash transactions. See infra, at 162, and n.

13. The new section provides: "No person shall for the purpose of evading the reporting

requirements of section 5313(a) . . . (3) structure . . . any transaction with one or more

domestic financial institutions, or legal reporting requirement. *Ratzlaf v. United States*, 510 U.S.

135 (1994). and now conclude that, to give effect to the statutory "willfulness" specification, the

Government had to prove Ratzlaf knew the structuring he undertook was unlawful. We therefore

reverse the judgment of the Court of Appeals. *State v. Aguirre*, 287 N.J. Super. 128 (N.J. Super.

1996)

a.  Conduct any business with any banking or financial institution with respect to any of my

accounts, including, but not limited to, making deposits and withdrawals, negotiating or endorsing

any checks or other instruments with respect to any such accounts, obtaining bank statements,

3

4

passbooks, drafts, money orders, warrants, and certificates or vouchers payable to me by any

person, firm, corporation or political entity would contravene public policy. Manifestly a political

entity does not make, nor is it able to make, functional decisions through the entire body of those

individuals who may be deemed to compose it. Necessarily it performs its various acts on behalf of

its citizens and with their consent, through public officials and representatives. Logically, therefore,

if the political entity must respond in compensation to a person injured as a result of the

transgressions of governmental agents while acting in their official capacity, it follows that its

citizens and taxpayers must bear the ultimate financial responsibility for compensating their injured

brethren for his or her actual loss (cf. *Nixon v Oklahoma City*, 555 P.2d 1283, 1285-1286 [Okla]).

- *i. Perform any act necessary to deposit, negotiate, sell or transfer any note, security, or draft of the United States of America, including U.S. Treasury Securities.*
- *ii. Have access to any safe deposit box that I might own, including its contents.*

b. Sell, exchange, buy, invest, or reinvest any assets or property owned by me.   Such assets

or property may include income producing or non-income producing assets and property

reallocation is necessary whether the asset is distributed in kind or by payment of its value in cash,

and whether the distribution is made all at once or over a period of years. It is not the

distributed asset itself (e.g., an apartment building) that should be reallocated; it is the resulting

income (the rent the building produces). (In the O'Brien context, the distinction between the "asset"

4

[the license] and the "income" [the money earned by virtue of the license] can be confusing,
because, except in matrimonial law, a professional license is not usually thought of as an "income-
producing asset." But, as mentioned above, this kind of "asset" should not be treated differently
than an apartment building or a share of stock that a corporation has issued. *11 William M.
Fletcher, Fletcher Cyclopedia of the Law of Private Corporations* § 5079 (Lenore M. Zajdel. ed.,
perm. ed. rev. vol. 1986). Par value is an arbitrary amount that a corporation sets as the value
of a share interest in the corporation. *Chadwick v. McClurg*, 103 N.J. Eq. 55, 59, 142 A. 173 (Ch.
1928); 18 *C.J.S. Corporations* § 131 (1990)

   *i). Purchase and/or maintain insurance and annuity contracts, including life
insurance upon my life or the life of any other appropriate person.*

   *ii). Take any and all legal steps necessary to collect any amount or debt owed to
me, or to settle any claim, whether made against me or asserted on my behalf against any
other person or entity.*

   *5. Enter into binding contracts on my behalf, and to provide him a contract while
representing on courts, or any agencies for the described related matters as matter for
controversies.*

   *6. Exercise all stock rights on my behalf as my proxy, including all rights with
respect to stocks, bonds, debentures, commodities, options or other investments.*

   *7. Maintain and/or operate any business that I may own.*

   *8. Employ professional and business assistance, as may be appropriate, including
attorneys, accountants, and real estate agents, for my personal or business affairs.*

c. Sell, convey, lease, mortgage, manage, insure, improve, repair, or perform any other act with respect to any of my property (now owned or later acquired) including, but not limited to, real estate and real estate rights (including the right to remove tenants and to recover possession).    This includes the right to sell or encumber any homestead that I now own or may own in the future.against the said first party hereto for her support, maintenance or otherwise, and further in full payment, satisfaction and discharge of any and all claims that she might or in the future could have, hold or own for alimony, counsel fee or otherwise involves conducts that present a serious potential of physical injuries to another individuals.    *Matter of Sturmer*, 303 N.Y. 98 (N.Y. 1951). That is for prepare, sign, and file documents with any governmental body or agency, including, but not limited to, authorization to: immigration forms for individuals seeking immigration assistance; (b) advising individuals on immigration matters; (c) giving advice that is legal in nature and exceeds filling in blanks on a legal document; (d) using the title "Notario" or "Notario Publico." which is inherently misleading to Spanish speaking people; and (e) advertising and promoting their services without disclaiming he is not an attorney. The Petition seeks to enjoin    from mass deportation: (1) selecting immigration forms for individuals seeking immigration assistance; (2) advising individuals on immigration or other legal matters; (3) using the title "Notario" or "Notario Publico;" and (4) advertising, affirmatively self promoting, or calling to public attention her services without disclaiming she: (i) is not an attorney; (ii) can tell individuals what immigration forms they need; (iii) can tell individuals which immigration benefits they may be eligible for; and (iv) can give advice on how to complete an immigration form, and    the question of whether interviewing clients or customers and preparing immigration forms is the practice of law is one of first impression for this courts. Apparently only one state court of last resort has addressed this

issue. In _The Florida Bar v. Moreno-Santana_, 322 So.2d 13 (Fla. 1975), the Supreme Court of Florida enjoined a non-lawyer from preparing immigration and naturalization forms for others and from advertising or representing the ability to perform such services. If the the Florida court, however, adopted the findings of the referee that the preparation of immigration forms to change the status of an alien requires legal training. _Id._ at 15-16. In _The Florida Bar v. Retureta-Cabrera_, 322 So.2d 28, 29 (Fla. 1975). another individual was enjoined from preparing these immigration forms. _State ex Rel. Indiana State Bar v. Diaz_, 838 N.E.2d 433 (Ind. 2005)

    1. _That is for prepare, sign and file income and other tax returns with federal, state, local, and other governmental bodies, or to dispute if the agencies illegally withheld funds without justification or_

    2. _Obtain information or documents from any government or its agencies, and represent me in all tax matters, including the authority to negotiate, compromise, or settle any matter with such government or agency._

    3. That is also for preparing applications, provide information, and perform any other act reasonably requested by any government or its agencies in connection with governmental benefits (including medical, military and social security benefits), and to appoint anyone, including my Agent, to act as my "Representative Payee" for the purpose of receiving Social Security benefits. _In re Guardianship of Nelson_, 547 N.W. 2d 105, 108, 109 (Minn.Ct.App. 1996) (stating that because Social Security benefits are "not a windfall" for the beneficiary, "a representative payee parent can use his or her child's social security survivor benefits for the child's current maintenance regardless of the parent's financial ability to meet those needs. and "whether the relative financial abilities justify placing a greater burden on one parent and a lesser burden on the other." Here the court's $351 fees will be imposed additional injuries after they have been deported, if if they

8

resided in third world country is another issues for the courts to waive such   obligation. *State v.*
*Robinson*, 281 Kan. 538 (Kan. 2006). We must consider two issues: (1) Whether such an
assessment under K.S.A. 2005 Supp. 22-4513 is error if a sentencing judge fails to explicitly
consider *sua sponte* at the time of assessment a defendant's ability to pay and the financial
burden payment would impose, and (2) whether such an assessment violates a defendant's due
process rights if the sentencing judge fails to consider the validity of the fees at the time of
assessment, and the court must waived. *State v. Maass*, 275 Kan. 328, 330, 64 P.3d 382 (2003)

     *a). Make gifts from my assets to members of my family and to such other persons*
*or charitable organizations with whom I have an established pattern of giving, to file*
*state and federal gift tax returns, and to file a tax election to split gifts with my spouse, if*
*any.*

     *b)However, my Agent shall not be prohibited, as specifically authorized in this*
*instrument, from (a) gifting, appointing, assigning or designating any of my assets,*
*interests or rights, directly or indirectly, to my Agent, my Agent's estate or creditors, or*

     *c) The creditors of my Agent's estate, (b) exercising any powers of appointment I*
*may hold in favor of my Agent, my Agent's estate or creditors, or the creditors of my*
*Agent's estate, or (c) using my assets to discharge any of my Agent's legal obligations,*
*including any obligations of support which my Agent may owe to others, excluding those*
*whom I am legally obligated to support.   I appoint   ["**Manetirony Clervrain**"], of, and*
*["**Brandako, Inc**"] , as my substitute Agent for the sole purpose of making gifts of my*
*property to my Agent or disclaiming assets that then pass directly or indirectly to my*

9

Agent or my Agent's estate, as either may be appropriate (unless this substitute Agent is also the Agent).

12. Transfer any of my assets to the trustee of any revocable trust created by me, if such trust is in existence at the time of such transfer.

13. Subject to other provisions of this document, disclaim any interest, which might otherwise be transferred or distributed to me from any other person, estate, trust, or other entity, as may be appropriate. However, my Agent may not disclaim assets, to which I would be entitled, if the result is that the disclaimed assets pass directly or indirectly to my Agent or my Agent's estate.

This Power of Attorney shall be construed broadly as a general Power of Attorney. The listing of specific powers is not intended to limit or restrict the general powers granted in this Power of Attorney in any manner.

Any power or authority granted to my Agent under this document shall be limited to the extent necessary to prevent this Power of Attorney from causing: (i) my income to be taxable to my Agent, (ii) my assets to be subject to a general power of appointment by my Agent, or (iii) my Agent to have any incidents of ownership with respect to any life insurance policies that I may own on the life of my Agent.

My Agent shall not be liable for any loss that results from a judgment error that was made in good faith. However, my Agent shall be liable for willful misconduct or the failure to act in good faith while acting under the authority of this Power of Attorney. A successor Agent shall not be liable for acts of a prior Agent.

No person who relies in good faith on the authority of my Agent under this instrument shall incur any liability to my estate, my personal representative or me. I

11

Signature: _____ Address: Kenscoff I 80

Full Legal Name: Dorlus Marie EDITH Saint Fleur

**Witness #2:**

Signature: _____ Address: Kenscoff 20. Rue S$^t$ Nicolas

Full Legal Name: GuRDY RouDY Pierre

The foregoing instrument was acknowledged before me on _____, by
Claimant, Jean Ronaldo, who is personally known to me or who has produced
1004 1722 28 as identification.

_____
Signature of Notary taking acknowledgment

Date of Expiration: _____N/E_____







RÉPUBLIQUE D'HAITI
REPIBLIK DAYITI
CARTE D'IDENTIFICATION NATIONALE
KAT IDANTIFIKASYON NASYONAL
Numéro de carte / Nimewo kat la
H0007M107
Prénom / Non
MARIE EDITH
SAINT -FLEUR
Nom / Siyati
DORLUS
Sexe / Sèks
F
Nationalité / Nasyonalite
HTI
Date de Naissance / Dat ou fèt
28-12-1976
Lieu de Naissance / Kote ou fèt
KENSCOFF
Date d'émission / Dat kat la fèt
30-08-2019
Date d'expiration / Dat kat la fini
30-08-2029
Signature du titulaire / Siyati mèt kat la
Numéro d'identification unique / Nimewo idantifikasyon inik
1065140123

Département / Depatman
OUEST
Commune / Komin
KENSCOFF
Section communale / Seksyon kominal
VILLE
Adresse / Adrès
KENSCOFF RUE DE L ANCIENNE CAZERNE NO 80
Numéro de série / Nimewo Seri 0000449910
RFID
I<HTIH0007M10761065140123<<<<<
7612286F2908306HTI<<<<<<<<<<<7
DORLUS<<MARIE<EDITH<SAINT<FLEU





RÉPUBLIQUE D'HAITI
REPIBLIK DAYITI
CARTE D'IDENTIFICATION NATIONALE
KAT IDANTIFIKASYON NASYONAL

Numéro de carte / Nimewo kat la
H0001WT39

Prénom / Non
GURDY
ROUDY

Nom / Siyati
PIERRE

Sexe / Sèks
M

Nationalité / Nasyonalite
HTI

Date de Naissance / Dat ou fèt
29-10-1997

Lieu de Naissance / Kote ou fèt
KENSCOFF

Date d'émission / Dat kat la fèt
08-06-2019

Date d'expiration / Dat kat la fini
08-06-2029

Signature du titulaire / Siyati mèt kat la

Numéro d'identification unique / Nimewo idantifikasyon inik
1017727202

Département / Depatman
OUEST

Commune / Komin
KENSCOFF

Section communale / Seksyon kominal
VILLE

Adresse / Adres
RUE ST NICOLAS

Numéro de série / Nimewo Seri 0000330507

I<HTIH0001WT3951017727202<<<<<
9710290M2906081HTI<<<<<<<<<<<3
PIERRE<<GURDY<ROUDY<<<<<<<<<<<

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| MANETIRONY CLERVRAIN, et al | * | |
| BRANDAKO, INC | * | |
| Plaintiff(s), | * | |
|  | * | |
| vs. | * | Case No............................. |
|  | * | |
| JESSICA MILLAN PATTERSON; et al | * | |
|  | * | |
| Defendant(s). | * | |

]***************************************************************************[
## MOTION FOR [*"EXTENTION", "EXTENDED PAGES LIMITATIONS"*] OR [*"CONTRACT VIOLATIONS OPPOSING JURISDICTION BY THE ANT(s) COMMUNITY ACT ("TACA")*
]***************************************************************************[

**I. COMES NOW**, the plaintiff, [*"Manetirony Clervrain"*], Pro-Se, or (*"The Activist"*) or (*"The ANT"*), or (*"Deportable Alien"*), as (*"First-Times Offenders"*) who is being classified as dangerous individuals in concentration camps by restrictive means and excessive, or for declaration of pain for mandamus reliefs generally refer to these lawsuits as controversies for damages against the defendants who are acting under the color of their authority allegedly violations of the U.S constitutions by their officials, and for the issuance ordinance under Article I, II, III, and [*"International Covenant On Civil and Political Rights"*] ("ICCPR"); The [*"United Nation's Universal Declaration of Human Rights"*] ("UDHR"); The [*"American Convention On human Rights"*] ("ACOHR"); or ( *"American Convention"*); The [*"European Convention for protection of Human Rights"*] ("ECPHR"), as well as the [*"Customary International Law"*] ("CIL"), or to protect

those with the evidence for abolishing [*"**Culture shocking**"*], or for [*"**viable contracts**"*] by invoking

the [*"**arbitration clauses**"*] to cover both the [*"**constitution violations**"*], and his [*"**Invention**"*]

against the defendant's [*"**Criminal Enterprise (s)**"*], and therefore not restricted congress the

authority to remove [*"**punitive laws**"*], or imposition of [*"**unreasonable classification"**] with the

status to apply permanency in certain circumstances under Article 15 of the ("UDHR"), or for the

court to determine if whether or not to permit the extraordinary circumstances by compelling the facts,

or to alter the various illegal judgments as to remain faithful to the intent of the plaintiff controversies

and the ambiguities alleged consistent with the jurisdictional;[ authority of the courts accords the

country by invoking their power by [*" **The Ant(s) Community**"*] ("TACA"), or [*"**The Ant Secretive**

**Act**"*] (TASA) or in conjunction [*"**Union Common Crimes Act**"*] ("UCCA"), or [*"**Universal**

**Nationality Character Ac**t"*] ("UNCA") as arguable basis against facial attacks by the various quasi

judicial across the country, or they are against his competent litigation's, to protect public interest or

freely to deliberately his speech(s) without restrictions does proving the extend or the continuation of

his criminal activities, insofar as it may inquiring for National reliefs or against illegal laws, policies

or regulations as evidence support the claims on the merits of these cases to resolve the challenges of

various punitive acts established by congress, or in such controversies as evidence to question the

defendants misconducts within reason in these cases to resolve a challenge to the laws by these

motions for the rules enabling act, which congress authorized in this circumstances presenting to

promulgate rules of procedures subject to its review. 28 U.S.C 2072 (a);  28 U.S.C 1651;28 U.S.C

1651; 28 U.S.C 1491; 28 U.S.C 2671; 28 U.S.C 1346; 28 U.S.C 1603; 28 U.S.C 1332 ;28 U.S.C 1331;

28 U.S.C 1441;  28 U.S.C 1361; 18 U.S.C 4100-4115;18 U.S.C 4109; 18 U.S.C 3244;  Fed. R. Civ. P.

15 (d); 20; 26; 54; 57; 65; Fed. R. App. P. 41 ; 23; 8 C.F.R. 1003.1(e)(6)(v) and for the issuance

ordinance with the courts supplemental jurisdiction under 28 U.S.C 2241; 28 U.S.C 1331; 28 U.S.C

28 U.S.C 1343; 28 U.S.C 1291; 28 U.S.C 1292; 28 U.S.C 1631; 42 U.S.C. § 1982; 42 U.S.C. §

1981;42 U.S.C. § 1983; 42 U.S.C. § 1985; 42 U.S.C. § 1986; 42 U.S.C. § 1987; 42 U.S.C. § 1988;42

U.S.C. § 1989; 42 U.S.C. § 1990; 42 U.S.C. § 1991; 42 U.S.C. § 1992; 42 U.S.C. § 1994; 42 U.S.C. §

1995; and 5 U.S.C 701 and the administrative records of the cases that form the part of the

controversies allegation under Article I; II; III, as a model to hear the plaintiff injuries in facts as the

various constitutional violations by the [*__Immigration and Nationality Act__*] ("INA"); the

[*__Freedom of Information Act__*" ("FOIA"), and the [*__Prisoners Litigation Reform Act__*"] ("PLRA"),

or among the others, and the establishment clause tacitly codified in the statutes to promote apartheid.

8 U.S.C 1101 et seq...... which demonstrates congress intent for ratification or by  declaring the the

above laws are ambiguous in their faces ,or with the challenge that they are currently in violation of

the constitutions or  they are the proximate cause of mass deportation and incarceration, or as they

are codifying by excluding or by classifying individual as alien or animal or dangerous individuals

without any justification for review upon relief  can be granted for [*__Trust certification__*"]  as to

questions [*__Equitable Relief(s)__*"]  and for the writ(s) of mandamus with oral argument because the

facts and legal contentions are adequately presented in the materials before these courts would aid the

decisions process suffice to satisfy the plaintiff's burden of demonstrating animus motivation by the

practices against injustice or illegal reporting, it is true that publication traditionally has been accepted

as notification supplemental to other actions which by themselves may reasonably be expected to

convey a warning that the defendants should be responsible for money mandating to be known as

the ["***The Ant(s) Test***"], (TAT) or ["***The Treatment Act***"] ("TTA"), or ["***The Tucker Act***"] (TTA) a

statute or regulation is money-mandating for jurisdictional purposes if it "can fairly be interpreted

as mandating compensation for damages sustained as a result of the breach of the duties [it] impose[s],

which the plaintiff, or the activist is invoked the government to pay ["***Brandako, Inc***"] for the injuries

in facts, or shall be determinative both as to the question of the court's jurisdiction and thereafter as to

the question of whether, on the merits, plaintiff has a money-mandating source on which to base his

cause of action subject to review as question of law; or fact and that the individual's claim will be

typical for beneficiary of this statutorily mandated "contract" between an exchange by the government

agencies concerns;

1) "The first is a question of law is within this ["***Motion for The Answer Act (TAA), or***

***Additional Defendants Act ("ADA") by the Treaties Movement Protective Ac***t"] (MTPA) for

conspiracy claims;

2) To construing the letters-patent, ("TAA") and the description of the invention and

specification of claim annexed to, the second is a question of fact, to be submitted to a jury for

additional issues;

a) Under the Addressing ["***The Americans with Disabilities Act***"] of 1990 ("ADA"), 42 U.S.C. § 12101, et seq, to be referred as to punitive, ("MOCMA"), at page 60, (II) supplemental jurisdiction over additional issues;

b) Indeed, these courts must warned the defendants publicly obtained in these cases before the development process to obtain additional facts under the circumstances that did meet constitutional reasoning standards;

c) Under the capture of this motion, the plaintiff used the word [""***Extention***], ["***Extended Page Limitation***"], and to support his claims for ["***Viable Contracts***"] as evidence for conflicting laws by agencies actions;

i) That is because he is alleged the laws are promoting criminal activities, or the defendant practice by imposing immediate family to poverty is subject to review for controversies claims that is presenting by facts;

1) The above concerns are matters that need to schedule cases for trial, or ["***Rule 40 - Scheduling Cases for Trial***"];

> Each court must provide by rule for scheduling trials. The court must give priority to actions entitled to priority by a federal statute.

3) Here, or Under ("NIRTA"), page, 33 (A) (i) for settlement agreement, which the plaintiff quoted that ["***United States Court of Claim***, ["21-CV-00176"], at ["Dkt, 6"] amending complaint to correct deficiency;

4) As to the second alleged Rule 12(b) (1)—the defendants failure to satisfy the  element of a

prima facie case for lack jurisdiction ["21-CV-62266"], as such they should be no limitation on pages

to litigate facts;

a) To that extent the plaintiff is asking the courts to question the defendants to show good cause ,

that is for nationwide concerns, pending for worldwide publications, or viable contract that must be

presenting issues;

b) As such being the case the defendants stipulations on the response is frivolous or lack or

merits if questioned controversy cases to be lack of jurisdiction matters, or their failure also imposed

additional claims;

i) Here, the inventor, who is ["***Manetirony Clervrain***"], further asked the agencies to inform the

defendants if we must negotiate the viable contract(s), for the services of his invention pending to file to

judicial forums;

ii) That is for Money -Mandating source of law, and the plaintiff has made a nonfrivolous

allegation that it is within the meaning of entitled to recover under the money-mandating source against

injustice practices;

iii) As required by ["***The Tucker Act***"] (TTA), merely confers jurisdiction in the Court of

Federal Claims whenever a substantive right exists; a substantive right is one, independent of the Act,

that is enforceable;

6

iv) That is he is suing the United States for money damages across the country or pending to file additional one, which the defendants failed to come forward with alternative plan on the request for his constitutional claims;

a) To that extent the plaintiff is asking the defendants to identify which part of the administrative records that is difficult to understand the various ["***Tort***"] claims failed against the various agencies to perform duty;

b) Then the courts duty is also invoked, which the defendants failed to provide any disjointed citation for his invention, ("NIRTA"), at page 23, ("TINPPO"), also known as ["***Prolifico, Inc***"] or as the applicants;

c) Moreover, ["***Brandako, Inc***"] is requesting a fee agreement for $ 60 billion dollars for the first stage of the development of the projects, pending to file additional evidence after hiring process by interest of justice;

1) Here, the defendants also failed to prove any ["***Fictional***"] because the ("BOP"), among the others agencies, that the grievous procedures, must be declared illegal or they are are conflicting financial interest;

2) Therefore, the inventor, ["***Manetirony Clervrain***"] was victim of extortion, which the defendants can not denied criminal misconducts, or for evaluating his first amendment violation is not limited damages;

i) Then, the defendants must come forward ,at least with $ 250 billion dollars, for years of discrimination, retaliation, and kidnapping, will also mitigate crimes by way of intellect intent should never restricted;

ii) As well as the plaintiff is asking vacatur of his convictions, including all the other person that are part of the cases, ("NIRTA"), at page, 39-40, they are for master hearing to evaluate illegal convictions issues;

a) Additionally, to benefits the others, including ["05-CR-00024"], and ["11-CR-318-Orl-36GJK"], both individual did not add on the motion filed above, or they are additional beneficiary for vacatur of rights;

b) That is because scientific, he is very charismatic, , at page 16 (II), at some level in humanitarian interest, to add ["**_Haiti_**"], as the Fifty-First States, pending to prove with additional evidence by laws;

c) The search by the defendants United States Attorney, at page, 17 (II) is invoked for additional defendants to evaluate if the ["**_Haitian Politicians_**"] should not be prosecuted for anticipating in serious criminal conducts;

d) As the activist is questioning ["**_Negligence Conducts_**"] or crimes against humanity even by white extremist economic controlling, those restrictions are related matters, for majority opinion against revolution rights;

8

e) Then, we asking the defendants when, they will invading against serious crimes, ("NIRTA"). at page, 16-21, or to initiating agreement process, pending to file additional motions, and claims secretive crimes;

1) That is to say, he asking for his families, friends, and the activist to be admitted to the United States, at least ["*30 days*"] after the motions filed pending , page, 32-40 or the agreement must have interest settlement;

2) This court in ["*Tennessee*"] noted that ["*Mr.Clervrain*"] has long been victimized by punitive laws to invoked ["*The secretive Act*"] ("TSA"); (NIRTA) at page, 38 (D), that is set them by promoting judicial conducts;

3) That is because the Judicial officials, failed to improve ["*process*"], ["*Jabberwocky*"'] is evidence that the activist is entitle to legal rights, including to mitigating systematic attack against the nationalist issues;

a) Under ("TANA") the plaintiff intention is to  open  the various university across, ["*Eloise Neptune University Science*"] ("ENUS), as a ["*Remark*"] for his ["*Grand-Mother*"] died by cancer concerning Haiti;

b) Thus, it is true that  ["*Prolific Nature University Science*"]  ("PANUS"), or the purpose is to educating for ["*Civil Rights*"], which also will be an entirety different matters to shut off federal courts allegation claims;

c) As, the Court of Florida quoted,["21-CV-02266"] at ["Dkt,  10"] ["***International University Science***"] ("INUS), or pending for consulting democracy Rights, or to educate based upon violation of international laws;

d) As here,. reading both the defendants and the courts responses, to which  they understood intellect intent, or that is ["***University of Jovenel Moise Science***"] (UJMS), or matter for historical events to defeats;

1) it would have been equally right to tell the former slave, or the revolutionist that he could not seek federal relief even against injustice ["***University Of Clervrain Law School***"] (UCLS) or for branding rights;

2) As well as he is proposing ["***The Brandako Stadium***"] (TBS), or ["***Station***"], without framing him unless the defendants can proved the contrary  that his conviction was not unlawful by criminal intent;

3)  That is also to mitigate crimes across the nations, or by the ["***University D'Heritage Science***"] (UDHS), or to inform public interest as important facts that that must be release to the public when they concerning issues;

i) To that extent ["***Mr.Clervrain***"] asking if ["***Brandbid, Inc***"] is presenting to the courts for ["***National agreement***"], or subdivision of Brandako, Inc, to be registered by legal means concerning trademark rights;

ii) Then we asking if the officials of Oklahoma, West Virginia, Florida, and Virginia and Pennsylvania should be liable, or to initiate ["***Patent***"] and ["***Trademark process***"] in federal courts as matter of rights;

["***Section 101 - Inventions patentable***"]

> *Whoever invents or discovers any new and useful process, machine, manufacture, or composition of matter, or any new and useful improvement thereof, may obtain a patent therefor, subject to the conditions and requirements of this title.*

iii) The Argument of these cases against lack of jurisdiction is presenting with additional facts by intellect intent, Under Tucker Act ("TTA"), or  ["***The Ant Act***"] (TAA) by invoking the applicable public interest;

1) The plaintiff is suggesting that he will hired more than 1 Millions individual, or more in the period of 1 years, or for  ["***Section 102 - Conditions for patentability; novelty***"] or to question fictional issues by laws;

2) It does create the substantial rights to enforce viable contracts against the United States, for money damages alleged,  or for hiring process, among the other security and pauperis status to protect invention rights;

3) Then we asking if the courts and the agencies failed to specify, or their failure to act is another issues required for additional damages, when the evidence for his first amendment can be proving by the direct evidence;

11

4) That is because the activist is certainly presenting fact, that is a victim of Crimes, first amendment violations , among the other to be inform  to the public by way of publication to intervene as matter of rights;

I) It appears that the plaintiff has identified several sources substantial laws that give him the right of entitlement under as the Owner of the ["***invention***"], also the Owner of Brandako, Inc that is for collective matters;

II) The burdens is proving by clear evidence, that the defendants are liable for $ 500 billion dollars independently, or in each states of the United states, or to be paid by settlement process within their jurisdictions;

a) As well as they are also liable for printing publication, additional to that for $350 billion dollars for the development of ["***Commonwealth of Haiti***"], or pending to file the additional motions by expert to adjudicate;

b) Then, we asking the defendants if the allegation for mitigating crimes against the Haitian politicians is not true, or to be assumed all reasoning factor in favor of public interest rather than personnel interest;

c) Here, the basis of ["***Mr. Clervrain***"] is clearer, to be published worldwide, which appears to be litigated concerning civilians and Criminal rights, and tort allegations against the various negligence public officials ;

d) Their actions ["**Compl, at 2**"], or additional one to be filed against the republican officials, to be debated in national publication, or across the ["***Nations***"], or to be clear are bases on implied facts contractual claims;

1)Thus, the courts have absolute jurisdictions, or money-mandating provision of law as required by the Tucker Act, or among the other mentioned, which clear that the defendants negligence is extended to illegal;

2) That is because ["***Mr. Clervrain***"] is questioning the defendants, and the courts if jurisdiction should have been consider by the federal courts ["21-CV-01919"], and to consider the defendants actions violations;

["***Rule 12 - Defenses and Objections: When and How Presented; Motion for Judgment on the Pleadings; Consolidating Motions; Waiving Defenses; Pretrial Hearing***"]

   *(i) HEARING BEFORE TRIAL. If a party so moves, any defense listed in Rule 12(b)(1)-(7)-whether made in a pleading or by motion-and a motion under Rule 12(c) must be heard and decided before trial unless the court orders a deferral until trial.*

4) To that extent the plaintiff is inform the courts that Brandako, is ["***Parent***"] company with more than ["***200 Brands***"], or pending to be filed withe additional evidence  for create Jobs across the country to be filed;

5) As such being the cases the plaintiff burdens is proving for  settlement to, at least $ 60 billions dollars for the hiring process, including his trustee teams,  among the others in the process of development stage;

a) Moreover, the plaintiff is about to question if the criminal conducts is also extended to these courts in the states of Florida ["5D21-2146"] [2021-CC-008307-O"], or if they failed to notice amended appeals;

b) Those allegations are substantial to prove additional defendants, that part of conspiracy ["21-MC-00108"] if the judicial official involved in control theory, or failed to inform administrative criminal conducts;

c) As such being the cases the plaintiff is asking why? the defendants under ("NIRTA"), at page 17 (II), should not question the courts for criminal investigation, or if the evidence is clear by interest of justice;

d) Under the Act, is ("TAVA"), is matter to invoked additional legal authority for protection by ("MOCMA"), 60 (II) (11) , then we asking the defendants why? The authority should not be applicable laws;

1)The intent of the inventor, is certain, and clear just like congress has mandated to mitigating crimes and ["*pauperis status*"] for those with with ["*idealism function*"] to protect public interest  by way of litigating;

3) If the Texas among states considering dropping ["'*dehumanizing' terms for immigrants*"], or if the  Democratic lawmaker is seeking to retire the term 'alien' in favor of 'immigrant' or 'noncitizen' which are illegal;

a) That by the Columnist, ["*Alcacia Coronado*"] Report for America/Associated Press, who also failed to realized that [*"Mr. Clervrain"*] has been challenged the words for years to be unconventionality;

b) Here, the evidence of false advertising is presenting to the courts, which was quoted by the previous President of United states, or Examples to prove culture shocking is so predominant as illegal practices;

1) Thus, it is thrue https://www.chron.com/politics/article/Texas-states-dropping-alien-term-for-immigrants-16655892.php, the defendants duty is invoked, therefore, lawmaker sought to declare the term

2) This year the activist after release from punitive laws, questioning congress authored a bill since signed into law — that replaces the use of continuing crimes; "alien" in state statutes with other legal meanings;

3) As such as [*"noncitizen"*] or [*"immigrant"*] Her effort was inspired by a similar shift earlier this year by the Biden administration, which [*"Mr. Clervrain"*] inform them to inform public concerning issues;

a) That is because the plaintiff said that [*"over and over"*], the ("INA") must be abolish to be repeal to ("UNCA"), or for the enactment of [*"The ant(s) Nationality Act"*] ("TANA"), waiting for family to be admitted;

b) As well as his friends, and the activists regardless of their situations to be part of the

settlement agreement pending to file  motions, which ["**_Mr. Clervrain_**"] was victim through illegal

procedures claims;

c) The defendants must proved by clear and convincing evidence that he was not a victim of

punitive laws, its meant that intent to deport, for his movement can be justified  when evaluated the

intent to conspire;

d) Here, the Media failed to inform the public concerning the date ["**_Mr, Clervrain_**"] was

victimized, by the ("USCIS"), illegal actions, or arbitrary per se, which he is invoke congress to

promote justice;

1) That is because he is questioning the word ["**_Alien_**"], ["**_Non-Citizen_**"] and ["**_Immigrant_**"]

to be illegal per se, that is because they are promoting ["**_inferiority_**"] pending to prove by appropriate

evidence of laws;

2) Thus, that extent the previous administration, as well the Biden are liable for additional

damages concerning exclusion to public ceremony, that is because the plaintiff said that the law is

offense to inform;

3) As well as the language have been offensive to many people, as it refer to ["**_African_**

**_American_**"] , who also ["**_U.S Citizen_**"], has long history for the defendants to release demonstrative

records to compel;

4) Here, the world ["*Alien*"] was passed to law by George Washington was president against

Haitian as combatant against ["*France*"], Congress also passed the Alien and Sedition Acts in 1798,

which is punitive;

5) To suppress political subversion, therefore, the defendants must declared that the ("INA") is

unconventionally vague under due process clause, such as taking steps to fight inflation, tackle crime

and improve education;

6) That is to day the democrats and the republic failed to ratify the illegal laws, spending time

on deporting permanent residents, who those that had contributed to the United states is different

issues to litigate;

i) Under Article III, standing is substantial, to question the various policies and regulation to

be repeal against injustice, indeed, illegal Alien , must be out from benefits, the words we use matter

criminal intent;

ii) That will serve to further confer that dignity to those in our custody, which

["*Mr.Clervrain*"] who is an ["*Hero*"], or questioning to maintaining dignity of every individuals for

protected rights;


1) Then ,w e are asking if ["*Troy Miller*"], acting commissioner, wrote to employees of the

largest U.S. law enforcement agency, which includes the Border Patrol that are part of the conspiracy

of illegal matters;

2) The words we use matter and will serve to further confer that dignity to those in our custody

for better ["***Education***"] by ["***Brandako, Inc***"] and  its subdivision across the nations to inform public

importance issues;

3) That is because the plaintiff is asking ["*Chief Rodney Scott*"] to object, writing to others by

the agencies that the edict contradicted language in criminal statutes — although to  make  an

exceptional matters;

4) For legal Rights to be Applied retroactively — and plunged the agency into a partisan

debate, which the plaintiff is about to question National, international media to inform the public

about falsity;

a) By the various Media company across the country to protect their own interest, which the

plaintiff is suing them for the same claims, if the cases sustained the use of libel laws to impose

sanctions upon

b) The expression critical of the official conduct of public officials, when that "when the word

["Alien"] amount to defamation, has such remedy in damages for libel as do other public servants,"

implied to view;


c) As  to  what  remedy  might  constitutionally  be  afforded  to  public  officials,

criminal libel statute as applied to a publication held to be both defamatory of a racial group and

"liable to cause;

18

d) The violence and disorder, which ["***Mr. Clervrain***"] has been kidnapped, tortured because of his revolution right, which the plaintiff is asking another $ 250 billion dollars for exemplary damages to compel;

e) For "public men", are, as it were, public property," and "discussion cannot be denied and the right, as well as the duty, of criticism must not be disregarded  when evaluating the evidence to protect legality;

f) The right of the ["***Activist***"] and his ["***Families***"], and ["***Friends***"] upon the power to award damages within 30 days requested for libel against the public officials, contempt, advocacy of unlawful misconducts

g) They breach of the peace, obscenity, solicitation of legal business, and the various other formulae for the repression of expression that have been challenged in these courts, libel can claim immunity issues;

h) From constitutional limitations. It must be measured by standards that satisfy the First Amendment, which the defendants must response by evaluate the damages within reasoning standard to litigate facts;

## PRAYER FOR RELIEF (S)

**WHEREFORE,** The plaintiff , ["***Manetirony Clervrain***"] , Who is the ["***activist(s)***"] or ("***The Ant(s)***"); ("***The Humanitarian(s)***") ; ("***The father(s)***"): ("***The Husband(s)***"); ("***The Minor(s)***) : ("***The***

_Children_") : ("**_The Representative(s)_**") : or ("**_The Attorney(s)_**"): or ("**_The Competent(s)_**") ; ("**_The Protected Classes (s)"_** ; or ("**_The Indigent(s)_**") or  ("**_The litigantor(s)_**") or ("**_The Speaker(s)_**") ; or ("**_the inventor_**(s)") : or ("**_The devleoper(s)_**"): or ("**_The Declarant(s)_**"), ("**_The Brother(s)_**"], and  ("**_The Teacher(s)_**"], therefore, he is  praying these honorable courts to consider these motions for general reliefs, to be included ["_Appointment of Counsel_"] for trial procedures only, and only the process of his intellectual registration and corporation worldwide , and ["_Extension_"] because the complexity of the cases required to be scheduled, and for ["_Extended pages limitation_"] because the evidence is so voluminous, pending for the agencies to release additional records, as well for each of the court to ["_consolidated_"] the their cases in their own jurisdiction pending to filed additional one against each of the judicial officials, to justify the alleged interest of justice, and for the defendants across the country to certify the cases for ["_Trust certifications_"] or for ["_Hiring process_"], ["_development_"], ["_security_"] and to Housing, Medical concerns, if so required, and for certification under Article III is presenting for ["_Money-Mandating Source of Law_"], If the suits in this court depends upon a substantive source of law that can be fairly interpreted as mandating the payment of monetary damages, and it is clear that the amount requested is not unreasonable for the various constitutional violations address by ["one"], or evidence of ["_class of one_"], for mitigating crimes by the officials, caused the various individual to be deported by means of controlling theory, under plaintiff's logic, all sources of law relating to the various departments in government with missions to assist persons would be money-mandating. The logic of plaintiff's argument is simply consistent with the limited waiver of sovereign immunity provided by

["***The Tucker Act***"] ("TTA") as well as ["***The Nationality Act***"], ("TNA")  also the plaintiff is asking

for appropriate protection for himself and all of the individuals that are part of to be housed in their

mentioned home at their Choice, their should be limitation for certain individual, but also common sense

by the inventor, also another challenged against the defendants to prove the contrary, but those who

joined the plaintiff as volunteering, then, because invention is proving his character to education, the

interest of justice is so required to  vacatur of his probation , and conviction, and granted him his

nationality claim, among the other to be applied as part of the settlement agreements, if public funding is

available them, their duty is invoked that  must identify to ["***Brandako, Inc***"] within the same time

frame period or ["30" day"] is very extensive not to remove him, family members and friends from

["***pauperis status***"], or to be consider by enforcing benefited laws to be applied to all, without

discriminatory concerns, or  for the various violations, while being a victim of serious crimes by the

defendants actions can be justified for statutory damages, as well as for disqualify judicial official across

the country by means of the applicable laws , and for the supreme court, and the office of the general

counsel to investigation the various claims being alleged across the country, and for the appointment of

independent counsel for investigating crimes and to intervene against illegal laws, policies and

regulations, and for the Enactment of ["***The Ant Act***"] ("TAA") , and conjunction with ["***The Library***

***Act***"] ("TLA") or for protection against governmental brutality by secretive Crimes, or to protect

innocent individuals, that certainly can not be frivolous with the meaning of the plain meaning of the

statutes being challenged, and for the courts to vacant their illegal judgments, or for the purpose to

evaluate additional facts that the defendants must response the claims before dismissal with or without

prejudice   or to review the claims with oral arguments,and evidentiary hearing, in light of the

circumstances to excluded him from the ("PLRA"), and to waiver any ["**Pacer fees**"] against Crimes of

Apartheid, or to litigate without any further ["**Undue financial burdens**"] and to question the agencies,

if the administrative records will prevail the facts, or if  the circumstantial evidence that the plaintiff is

victim of crimes by the defendants action and intentional restrict him to litigate by unjust restriction so

that the evidence will not expose to the public with this this motions as affidavit, because the evidence

on the courts records are substantial by declaring that the ["*defendants*"] are very corrupted for which

these courts have additional jurisdiction for questioning the merits on his cases, and for controversy

within these motions that being restricted by the defendants action or they are interfering with illegal

laws for additional venue by courts to inform the defendants the laws are illegal Per Se is within this

pending motion to filed across for majority opinions to promote public interest , ["***Motion for [Matrial***

***of Facts"] and ["Particular Situation Dedamd(s) for controversy by Invoking the Ant Nationality***

***Act*** "] ("TANA") ,or evidence for controversy claims or  by challenging the various illegal Authority

laws that promoting injustice, and  for the defendants failure ratify the law is the proximate cause of the

inventor being victimized by, or exposed to danger theory, or to evaluate the defendants conspiracy

effecting the public interest by way of Mass Deporation and Incarceration, they are serious crimes for

criminal investigation, or proper cause of actions are presenting to the courts for Nationwide jurisdiction

concerns, of course the plaintiff is invoking the federal circuit courts across the country for their

intervention, or that is because the restrictions, he could not file his cases  and, and the motions states

factual allegation,   this courts should question the defendants for his controversy claims   for

(TRO)  related to protecting against future threats by ["*control theory*"], and to compel the defendant to

show cause , or until they provide the reasons that he could not litigate his cases as indigent person, or at

the government expenses  and  if  the ("agencies") illegal laws could have been the proximate cause if

his delayed after release from illegal detention or they intentionally  interfering with both of his legal

obligation and  to protect the public against injustice or by implemented illegal or by restricted those

with public  interest or as restricted pro-se litigant to litigate his rights, or  legal obligation without bias ,

delay the process, or violation of due process against humanity or to protect the public against

["*mistreatment*"] by the (" *agencies*") and ("Judicial bureaucracy") that are part of the conspiracy or in

other  word they are involved in the ["***administrative crimes***"] within the meaning of Black dictionary,

in particularly if they are entitle to remand theses cases to the district court for further proceeding, or to

compel them as matter of right after release from illegal detention or for evaluating the damages against

each of the defendants involved for the constitutional violations, or for his first amendment right by

compelling the administrative records against quasi judicial procedures, and  to litigate complex

litigations  and any other reliefs the courts might find just and proper, and the plaintiff is informing the

courts that he will file separate motions in each courts to identify the defendants in their own jurisdiction,

or supplement jurisdiction against supplemental injustice or for ["***National reliefs***"], or the need for

publicity is matter of right against criminal enterprise established by illegal contracts for the purpose to

abolish their unjust enrichment is another claims for additional damages against the defendants, and the

courts must applied the concept for unreasonable time frame so that the plaintiff could managed the

cases, that the limitation of (14) days to response complex litigation or various ambiguities that is

presenting to the courts for the same reason by reasoning power is subject to the ("APA"), or for access

to electronic resource will mitigating judicial restriction against those with prolific classification, as well

as the claims against the agencies for additional procedures needs to be developed against  facial attack,

that the courts must perform their duty, or to file specific objections in a timely manner will not

constitutes waiver of the right to review by the district judge and the right to appeal the Court's decision,

if the plaintiff exceptional circumstances is proving as evidence for good cause exception, as well as to

compel the administrative records from each courts and agencies that are part of the controversies to

litigate against terrorism , genocide, and extortion can be prevail by the records upon release for

additional argumentative, or consistent with the pattern of these cases by evaluating each of the

defendants  responsibility for whatever constitutional or federal statutory injuries he is alleged, they are

undisputed facts for analyzing by expert testimonial with the same reasoning by ("DIFTA") ,or because

the defendants are exposed the punitive class among array of the extensive conspiracy that formed the

criminal enterprise, thus, it is one thing to be cautious before dismissing an antitrust complaint in

advance of discovery, it is self-evident that the problem of discovery abuse cannot be solved by "careful

scrutiny of evidence at the summary judgment stage," much less "lucid instructions to juries, and why

we doing this way because it is our experience against the defendants, or evidence against the activist, or

against ["***The Speech***"] can not be classified as frivolous without justification by the federal circuit

courts for controversies, or if whether that collateral estoppel applied to § 1983 claims and remanding

case for a determination of whether state collateral estoppel law barred plaintiff from proceeding on §

1983 claim for the alleged violations by the defendants ["***masses***"] or ["***Manifest injustice***"] , is

presenting by the activist that the ["***collateral estoppel***"] doctrine contains an exception where manifest

injustice is shown, Our application of collateral estoppel principles does not end the analysis, either, we

must still decide whether a manifest injustice exception exists in the context of vacatur of convictions,

and if it does, whether manifest injustice would prohibit application of that doctrine is being questioned

by settlement of agreement within reasoning. Or for the admission of expert testimony, or other inventor

testimony, dictionaries, and technical treatises and articles.., as we have recently re-emphasized,

extrinsic evidence in general, and expert testimony in particular, may be used only to help the court

come to the proper understanding of the claims; it may not be used to vary or contradict the claim

language.. Nor may it contradict the import of other parts of the specification. Indeed, where the patent

documents are not ambiguous, expert testimony regarding the meaning of a claim is entitled to weight..

"Any other rule would be unfair to competitors who must be able to rely on the patent documents

themselves, without consideration of expert opinion that then does, even exist, in ascertaining the scope

of a patentee's right to be included, or may the inventor's subjective intent as to claim scope, when

expressed in the patent documents, have any effect, such testimony can guide the court to a proper

interpretation when the patent documents themselves do so clearly, which required the defendants to

certify the trust certification, indeed the letter must stated that the amount of $ 60 billions dollars, and

for additional of $3 Billion for the pain and suffering, as well as for his ["***Notice of registration***"]," but

which in reality is a notice of granting rights of the Patent and trademark *with the agencies, in particular,*

*to consider the ["USPTO"] and ["SEC records"] , a*lthough the records may support plaintiffs'

interpretation of the file histories, and thus the evidentiary value of the materials that must submitted by

defendants is subject to 'reasonable dispute,' and thus is best suited for judicial notice, that is for

evidentiary to be considered, exactly the type of analysis suitable for granting judgments, not a motion

to dismiss by means of controlling, which he had been suffered by invoking Virginia law, in an action

for intentional infliction of emotional distress a plaintiff must show that the defendant's conduct (1) is

intentional or reckless; (2) offends generally accepted standards of decency or morality; (3) is causally

connected with the plaintiff's emotional distress; and (4) caused emotional distress that was severe

prosecuting criminals, then we asking if that a district attorney represents of each state must preparing

to prosecute and prosecuting criminal violations of state, federal laws, and international law to be

proving by cases; and the evidence providing prima facie proof" in support of claim that a meritorious

defense exists.

Respectfully submitted,

Date: _____

26

03/15/2021

**S/ Manetirony Clervrain**
**Brandako, Inc**
Chief Executive Officer (CEO)
4326 S Scatterfield Road
Suite 153
Anderson, IN 46013

Respectfully submitted,

Date: _____

03/15/2021

**S/ Ronaldo Jean**
**Brandako, Inc**
Executive Trustee for the Caribeean
4326 S Scatterfield Road
Suite 153
Anderson, IN 46013

 

*Under this pending ["**Motion for Mitigating under Financial Burden(s) controversies evidence by invoking
the Ant(s) Community Act**"] ("TACA"), or for additional evidence to be filed across the country, for the same purpose of
publication against governmental  brutality,these cases must received extensive publicity because of the release of the
defendants failure to act in good faith, effort to maintain and restore discipline or maliciously and sadistically for the very
purpose of causing harm. Wiltsie v. California Department of Corrections, 406 F.2d 515 (9 Cir. 1968)*

## CERTIFICATION OF SERVICES

**THEREBY**, I ["*Manetirony Clervrain"]*, the Activist or ["*THE ANT'*] requesting for justice,

and do swear, or declare on this date, ---03-------/-----15---/---2021--------, served the enclosed ["*Motion*

*for Attempt or Intent of Aniti-Trust or Extortion violations for contoroversies by invoking the Ant*

*systematic Act*] ("TASTA") on each party to the above proceeding and envelope containing the above

documents in the United States mail properly addressed to each of them and with first class postage

prepaid, or by delivery or Electronic to ("EFC"), to a third-party commercial carrier for delivery within

3 calendar days and the name addresses of those serve is with respect to the claims to , leave to serve is

granted but the request is to be reformatted as follows: "If not, why not?" which the defendants must

answered facts.

**United States District Court**
**Southern Division**
411 West Fourth St., Rm 1053
Santa Ana, CA 92701-4516

**California Republican Party**
ATT:Jessica Millan Patterson
1001 K St., 4th Floor
Sacramento,CA 95814

**California Republican Party**
ATT:Peter Kuo
3390 De La Cruz Blvd
Santa Clara,CA 95054

**East Bay TimesOffice**
ATT:Sharon Ryan
2121 N. California Blvd. Suite 290
Walnut Creek, Ca 94596

28

**Northwestern California University School of Law**
ATT:Michael P. Clancey
2151 River Plaza Drive, Suite 306
Sacramento, CA 95833

Respectfully submitted,

Date: _____
       03/15/2021

S/ Manetirony Clervrain
**Brandako, Inc**
Chief Executive Officer (CEO)
4326 S Scatterfield Road
Suite 153
Anderson, IN 46013

Respectfully submitted,

Date: _____
       03/15/2021

S/ Ronaldo Jean
**Brandako, Inc**
Executive Trustee for the Caribeean
4326 S Scatterfield Road
Suite 153
Anderson, IN 46013

From the weight of all this authority,["***Motion(s) for Additional Parties for performance, as Notice for the protection of (The Ant(s) or Public Issue Right Invention Act***"[   (PIRIA), if   necessary for copyright protection in the United States or necessary for like protection under the laws of other countries. [ Section 408 - Copyright registration in general"]. *Reed Elsevier v. Muchnick*, 559 U.S. 154 (2010)

MANETinony Cienuhom
4326 S. ScatterField. Rd.
Suite 1S3.
Andersin, IN 46013.   Intake

United States District court
Central District Of California
411. West Fourth, St.
Suite 1053
Santa-ANA, CA 92701

JAN - 3 2022
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

EXPECTED DELIVERY DAY: 12/30/21
USPS TRACKING #
9505 5108 5772 1361 5196 31

U.S. POSTAGE PAID
ANDERSON, IN
$9.10
R2304M1109S7-27